UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO DEJESUS,<br>Plaintiff,<br>v.<br>COUNTY OF MARIPOSA,<br>Defendant. | Case No. 1:21-cv-00520-KES-FJS<br><br>ORDER SETTING MANDATORY SCHEDULING CONFERENCE |

On July 17, 2026, the court received the parties' joint status report indicating that the pending state court actions and appeal have been completed. (ECF No. 25 at 1.) The parties requested that the stay on this action be lifted. (ECF No. 25.) On July 20, 2026, the court entered an order lifting the stay and requesting that the assigned magistrate judge set a scheduling conference. (ECF No. 26.)

Pursuant to the court's order (ECF No. 26), it is HEREBY ORDERED THAT:

1. The parties shall appear telephonically for a scheduling conference on October 28, 2026, at 9:30 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;
2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference date; and

3. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE